UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Jose Castro

RE: CA 04-61S

Jose Castro v. USA

ORDER

I have reviewed your document(s) presented to the Clerk's Office on 5 / 8 /06 and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

X Your document(s) are hereby refused and returned to you for the following reason(s):

X 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11)

_____ 2. All motions and objections must be filed in duplicate, with accompanying memoranda filed in triplicate. (Local Rule 12 and General Order 02-01 as amended)

_____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule 12)

_____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule 11)
b) Summons (Fed. R. Civ. P. 4)
c) Filing fee of $150.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

_____ 5. Papers will not be accepted for filing without Certification of Service. (Local Rule 12)

_____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 34 & 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule 13).

_____ 7. All Checks must be made payable to **Clerk, U.S. District Court**.

_____ 8. Document violates Amended General Order 2002-01.

_____ 9. Other:________________________________

ENTER:
David L. Martin
United States Magistrate Judge

Date: 5-8-06

cc: Counsel of Record

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JOSE CASTRO,

Petitioner,

V

CR-04-61
William E Smith

UNITED STATES OF AMERICA.

Respondent.

/

MOTION FOR THE APPOINTMENT OF COUNSEL TO COMPLY WITH THE ANTITERRORISM AND EFFECTIVE DEATH PENALTY ACT OF 1996

Jose Castro the Petitioner herein named and appearing pro-se hereby motions this court to appoint counsel under the provisions of Title 18 U S C §3006 and in support thereof states as follows;

1. Petitioner was indicted in the State of Rhode Island for a violation of various drug laws:

2. Petitioner entered into a guilty plea agreement Pursuant to Rule 11(c)(1) of the Federal Rules of Criminal Procedure in which the petitioner plead guilty to Count 1 and 2 of the indictment; specifically petitioner's plea agreement was for the intentional possession with intent to distribute 500 grams of Cocaine in violation of 21 U S C §841 (a)(1) and (b)(1)(B) and for possession with the intent to distribute marijuana in violation of 21 U.S C §841(a)(1) and (b)(1)(D)