UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSE CASTRO,

Petitioner,

v CR 04-61 S

UNITED STATES OF AMERICA,

Respondent.

/

**MOTION TO AMEND JUDGMENT UNDER THE PROVISIONS OF RULE 59 of Civ.R.P OR ALTERNATIVELY RULE 60 (b)**

Comes Now Petitioner Jose Castro appearing herein pro-se and motions this court to reconsider its Decision, entered on May 30, 2006, denying petitions request for appointment of counsel in order that he may comply with the provisions of the Antiterrorism and Effective Death Penalty Act of 1996 to assist in the preperation and submission of his petition for relief under the provisions of 28 USC §2255.

Rule 59(e) encompasses motions to amend that require reversal of judgment so that District Court has power to amend its findings of fact and conclusion of law even when doing so will result in reversal of the original judgment. National Metal Finishing Co. v Barclays Amer./ Commercial, Inc. 899 F 2d 119 (1990 CA 1. Mass ).

In the case at bar, the Petitioner states that the District Court (David L. Martin USMJ) was in error for holding that the petitioner was ,or would be "time barred" from seeking relief without establis-

hing whether the Petitioner could show cause and prejudice for not seeking relief sooner. As stated in **Neverson v. Bissonnette** , 261 F 3d 120, 124 (1st.Cir.2001) the one year limitations period is subject to certain periods of tolling and the court was in error for not inquiring whether equitable tooling applied in the instant case. Specifically, under §2244 (d)(1)(A), there are additional periods which extend the limitations period, to include and "impediment to filing and application" existed to prevent filing at an earlier date. Such impediment, applied broadly, existed in the instant case in that it was thru governmental actions and ineffective assistance of counsel that petitioner could not have filed sooner.

Wherefore Petitioner prays that relief should be granted in the form of reconsideration of the Memorandum and Order of the Court and the court should allow the prtitioner the opportunity to develope the record and establish if he is entitled to relief and further that counsel should be appointed ofr the purpose of assisting the petitiobner in presenting these amtters before the court; and further that the court should grant what other and further relief that is necessary for the court to adequately assess the need for a hearing in the instant case.

Respectfully submitted,

Jose Castro, pro-se

Dated. 6-7-06

## CERTIFICATE OF SERVICE

I. Jose Castro, appearing in the matters attached hereto pro-se, hereby certify that a copy of the attached Motion to Amend Judgment under the Provisions of Rule 59(e) has been provided to the Office of The U S. Attorney for the District of Rhode Island on this 07 day of June 2006 by placing a copy of the smae in the U S Mail with postage attached to cover the cost of first-class mailing and addressed as follows:

Dated 6-7-06