UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JOSE CASTRO,
Petitioner/Appellant

v. CR 04-61 S

UNITED STATES OF AMERICA

---

NOTICE OF APPEAL

Please take notice that Jose Castro, the petitioner named above and appearing pro-se, hereby files this Notice of Appeal from the decision of the United States District Court for the District of Rhode Island (David L. Martin, USMJ) entered on May 30, 2006 and the decision of July 18, 2006 denying relief upon reconsideration and denying the petitioner counsel, such appeal being taken to the First Circuit Court of Appeals.

Dated: 7-26-06

Jose Castro -Pro-Se

cc: Office of the US Attorney
United States District Court RI