Judge Martin
USDC-RI
04-00061

# United States Court of Appeals
## For the First Circuit

No. 06-2154

MANDATE

UNITED STATES,

Appellee,

v.

JOSE N. CASTRO,

Defendant, Appellant.

---

Before

Torruella, Selya and Howard,
Circuit Judges.

---

JUDGMENT

Entered: October 3, 2006

Appellant's motion to hold the present appeal in abeyance until his § 2255 petition is adjudicated is denied.

The present appeal from the July 18, 2006 and May 30, 2006 orders of a magistrate-judge is dismissed. See United States v. Ecker, 923 F.2d 7, 8 (1st Cir. 1991) (except for orders governed by 28 U.S.C. § 636(c), "a magistrate's order is not a 'final' order which can be reviewed directly by a court of appeals").

Dismissed.

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
Chief Deputy Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

M. [signature]
Deputy Clerk

Date: 10/25/06

[cc: Jose N. Castro and Donald Lockhart, AUSA ]