U.S. District Court for
The District of RHode Island

U.S. of America

V.S.

Jose Castro

Criminal Case NO.
04-61

# Notice of Appeal

I am the deferdent, Jose Castro, and I want to Appeal my Case and Sentence give yesterday on January 21, 2005, Case NO 04-61 and the Judge was William E. Smith

This January 22nd day 2005

Jose Castro # 82774
P.O. Box 8249
Cranston, RI 02920

FILED

# CERTIFICATE OF REMAILING

**I HEREBY CERTIFY,** that I, Jose Castro, a prisoner at the Lewisburg Federal Penitentiary, am remailing my notice of appeal, in case No. 04-61, to the Clerk of the U.S. District Court of Rhode Island, on this 29th day of January, 2008. The attached Notice of Appeal, with accompanying instruction-letter to counsel, was originally mailed on January 22, 2005, via first-class mail, postage prepaid, while I was a detainee at the local jail in Rhode Island; P.O. BOX 8249, Cranston, RI 02920. However, on Friday, January 25, 2008, I received the attached appeal notice and instructions for counsel, that I had originally mailed from the local jail in Rhode Island, back here at the Lewisburg Prison, apparently, with no delivery to the U.S. District Court of Rhode Island, every having been successful.

On Friday, January 28, 2008, at approximately 11:00am, I was directed by the Lewisburg Prison-Mailroom-Officer, Mr. Erell (proper spelling not available) to re-mail my Notice of Appeal and the copy of the letter of instructions to my lawyer, Mr. Cicilline, to the U.S. District Court of Rhode Island, and explain to the Court that the envelope containing those documents was accidentally damaged through the mailing process and thus never reached the Court as intended on January 22, 2005.

This 29th DAY of JANUARY, 2008

[signature]

"A. GIORDANI, PAROLE OFFICER"
AUTHORIZED BY ACT OF JULY 7, 1955
TO ADMINISTER OATHS
(18 U.S.C. 4004)

Notary/Lewisburg Prison Official

[signature]

Jose Castro #05467-070
P.O. BOX 1000
Lewisburg Penitentiary
Lewisburg, PA 17837

JOHN M. Cicilline
Attorney At LAW
387 Atwells Ave
Providence, RI 02904

Mr. Cicilline

Hi Sir. I am writing to let you Know that I do want to Appeal My Case to the Court of Appeal especially My Sentence so please file a notice of Appeal for Me I have Put one in this letter to you Plus I sent one to the district Court along with one of this letter I'm writting to you there is no Copy Machine here for Me, so I wrote two letters and two Notice of Appeal, but they ~~are~~ and say the same thing, One set to that is going to the Court ad now you have this set

CC:
U.S. district Court

Thank you

JOSE CAStro # 82774
P.O. BOX 8249
Cranston, RI 02920

Jose Castro # 82774
P.O. Box 8249
Cranston, RI 02920
D-106-B

PROVIDENCE RI 02904
PM
26 JAN 2005

C3

RETURNED TO SENDER

☐ Forwarding Order Expired
☒ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed ☐ Refused
☐ Attempted Not Known
☐ No Such Street
☐ No Such Number
Route No.___ Date___
Carrier Initials___

Office of the Clerk
District C[illegible]t
[illegible] Terrace
Providence, RI 02903