UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

APPEAL COVER SHEET

1. CASE NUMBER: CR04-61S

2. TITLE OF CASE: USA v. Jose Castro

3. NAME & ADDRESS OF COUNSEL FOR APPELLANT (S):

**Jose N. Castro**
05467-070
USP Lewisburg
PO Box 1000
Lewisburg, PA 17837

4. NAME & ADDRESS OF COUNSEL FOR APPELLEE(S):

**Mary Rogers**
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza
8th Floor
Providence, RI 02903

5. Name of Judge : **William E. Smith**

| | | | | | | |
|---|---|---|---|---|---|---|
| 6. | COURT-APPOINTED COUNSEL | | | YES | x | NO |
| | FEE PAID | | | YES | x | NO |
| | | RECEIPT | | | | |
| 8. | IN FORMA PAUPERIS | | X | YES | | NO |
| 9. | GUIDELINES CASE | | | YES | X | NO |
| 10. | RELATED CASE ON APPEAL | | | YES | x | NO |
| | C.C.A. # (IF AVAILABLE) | | | | | |
| | DATE OF LAST N.O.F.A. FILED | | | | | |

11. SPECIAL COMMENTS: Enclosed please find original pleading file as well as certified copy of docket sheet.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

February 5, 2008

Richard Donovan
Clerk of Court
United States Court of Appeals
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

Case Title: USA v. Jose Castro
CR04-61S

Dear Mr. Donovan:

Enclosed herewith you will find the Notice of Appeal together with a certified copy of the docket entries in the above case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

David A. DiMarzio
Clerk of Court
Wendy Geile
Wendy Geile
DEPUTY CLERK

Enc: NOA, Certified Docket, Copy of Court File

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

I, David A. DiMarzio, Clerk of the United States District court for the District of Rhode Island, do hereby certify that the foregoing contains all the original papers in the file dealing with the action or proceedings in which the appeal is taken and includes all the original papers as set forth in the Table of Contents herein.

Witness my hand and the Seal of said Court at Providence in said District, on the 5th day of February 2008.

David A. DiMarzio, CLERK

Wendy Geile

BY: *Wendy Geile*
DEPUTY CLERK