# United States Court of Appeals
## For the First Circuit

No. 07-2640

JOSE N. CASTRO,

Petitioner,

v.

UNITED STATES,

Respondent, Appellee.

No. 08-1185

UNITED STATES,

Appellee,

v.

JOSE N. CASTRO,

Defendant, Appellant.

Before

Lipez, Circuit Judge,
Selya, Senior Circuit Judge,
and Howard, Circuit Judge.

ORDER OF COURT

Entered: June 6, 2008

In response to this court's order to show cause why his direct appeal (Appeal No. 08-1185) should not be dismissed as untimely, appellant Jose N. Castro has argued that he timely deposited his notice of appeal, addressed to the district court, in the internal mailing system of the prison in which he was incarcerated on January 22, 2005, in conformance with the mailbox rule. See Fed. R. App. P. 4(c)(1). He has submitted exhibits in support of that contention. The government has responded by stating that it has

evidence suggesting that Castro's allegation is false and that his exhibits are contrived. "The issue of whether an inmate submitted the notice of appeal to prison authorities before the filing deadline is a factual issue that must be determined by the district court." 20 Moore's Federal Practice §304.40[3] (3d ed. 1997); see Oliver v. Commissioner of Massachusetts Dep't of Corrections, 30 F.3d 270, 272 (1st Cir. 1994). Accordingly, we remand Appeal No. 08-1185 to the district court for the limited purpose of determining whether the appeal is timely under Rule 4(c)(1). We retain jurisdiction over the appeal; the record, as supplemented by the district court findings, shall be returned to this court for further consideration. Appeal No. 07-2640, in which a request for a certificate of appealability to permit Castro to appeal from the denial of his motion pursuant to § 2255 is currently pending, will be held in abeyance pending the remand in Appeal No. 08-1185.

So ordered.

By the Court:

/s/ Richard Cushing Donovan, Clerk.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: ______ Date: 6/6/08

[Certified Copy: Judge William Smith, David DiMarzio, Clerk, United States District Court]
[cc: Mary Rogers, Jose Castro, Donald Lockhart]