**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR No. 04-061S** |
| | : | |
| **JOSE N. CASTRO** | : | |

**UNITED STATES' MOTION FOR AN ORDER REQUIRING DEFENDANT TO SUBMIT ORIGINAL ENVELOPE FOR INSPECTION**

Earlier today the government filed a preliminary response to the First Circuit's June 6, 2008 remand order. In that response the government outlined some of the reasons why this Court should ultimately rule that Castro did not file a notice of appeal in compliance with the mailbox rule in Fed. R. App. P. 4(c)(1).

In connection with the remand proceeding, the government moves the Court for an order requiring Castro to submit to this Court by July 1, 2008 the original envelope in which he says that he mailed the notice of appeal, a copy of which appears as an exhibit to two of his previous filings. The reasons for this request are set forth in the accompanying memorandum of law.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Donald C. Lockhart
DONALD C. LOCKHART
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Fl.
Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
donald.lockhart2@usdoj.gov

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on this, the 11th day of June, 2008, I mailed a true copy of this filing to:

Jose N. Castro, Pro Se
Reg. # 05467-070
USP Lewisburg
P.O. Box 1000
Lewisburg, PA 17837-0000

/s/ Donald C. Lockhart
DONALD C. LOCKHART
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Fl.
Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
donald.lockhart2@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR No. 04-061S** |
| | : | |
| **JOSE N. CASTRO** | : | |

**MEMORANDUM IN SUPPORT OF**
**UNITED STATES' MOTION FOR AN ORDER REQUIRING DEFENDANT**
**TO SUBMIT ORIGINAL ENVELOPE FOR INSPECTION**

Earlier today the government filed a preliminary response to the First Circuit's June 6, 2008 remand order. In that response the government outlined some of the reasons why this Court should ultimately rule that Castro did not file a notice of appeal in compliance with the mailbox rule in Fed. R. App. P. 4(c)(1).

As detailed in the preliminary response, Castro's key factual assertion is that he mailed a pro se notice of appeal to this Court one day after his original sentencing, using the mailbox at the ACI jail where he was then incarcerated, only to discover three years later that the letter was "returned to sender" because the district court address was partially obscured. In the preliminary response, the government identifies six reasons why the existing record undermines that assertion, and it also notes that it will introduce further evidence on the subject at the scheduled July 17 hearing.

The key documentary exhibit on which Castro relies is an alleged copy of the envelope in which he says that he mailed the notice of appeal, reflecting that it was "returned to sender."

Castro first appended a copy of this envelope to his "re-filed" notice of appeal. (Crim. No. 04-61, Docket No. 45.) Castro later appended the same exhibit to his "Answer to Show Cause" filed in First Circuit Case No. 08-1185.

A postal official who has examined a copy of the exhibit has raised several issues concerning it, some of which can be settled only by examining the original. Moreover, even apart from these issues, there are substantial reasons to question the accuracy of Castro's version of events.

In light of the above, the government moves the Court for an order directing Castro to submit the original envelope to this Court by July 1, 2008, so that the Court and the government may inspect it.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Donald C. Lockhart
DONALD C. LOCKHART
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Fl.
Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
donald.lockhart2@usdoj.gov

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on this, the 11th day of June, 2008, I mailed a true copy of this filing to:

Jose N. Castro, Pro Se
Reg. # 05467-070
USP Lewisburg
P.O. Box 1000
Lewisburg, PA 17837-0000

/s/ Donald C. Lockhart

DONALD C. LOCKHART
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Fl.
Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
donald.lockhart2@usdoj.gov