**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR No. 04-061S** |
| | : | |
| **JOSE N. CASTRO** | : | |

**JOINT AGREEMENT OF THE PARTIES**

In pro se filings in this Court and in the United States Court of Appeals for the First Circuit, Jose N. Castro originally stated that on January 22, 2005, the day after he was sentenced, he mailed a notice of appeal to this Court in compliance with the mailbox rule in Fed. R. App. P. 4(c)(1). (Docket Entry No. 45, District Court Case No. 04-Cr-61; Defendant's "Answer to Show Cause" filed in First Circuit Case No. 08-1185.) Mr. Castro claimed that, three years later, the original envelope which allegedly contained the notice of appeal (as well as a purported letter that Mr. Castro said he wrote to his prior defense attorney instructing him to appeal) was returned to him at the United States Penitentiary in Lewisburg, Pennsylvania, stamped "returned to sender." (Ibid.) It was at this point, Mr. Castro asserted, that he "re-mailed" the notice of appeal to this Court, docketed as Docket Entry No. 45. (Ibid.) Mr. Castro attached a photocopy of the alleged envelope to both filings as proof of his assertions. (Ibid.)

The First Circuit has remanded this case for an evidentiary hearing on whether Mr. Castro's assertions here are true.

Mr. Castro hereby waives any right he may have to such a

hearing and agrees as follows:

1. As detailed in his affidavit, Mr. Castro admits that he misled the court and the First Circuit Court of Appeals. He did not mail a notice of appeal to this court on January 22, 2005 or at any other point in 2005, 2006 or 2007. He also admits that he is responsible for the creation of the original envelope purporting to show his timely notice of appeal. The copy of the envelope filed with this court and the Court of Appeals is a fabrication. Mr. Castro also admits that, contrary to the statements that he made in this matter and in an earlier petition filed under 28 U.S.C. § 2255 (District Court Case No. 06-cv-393), he never instructed his prior defense attorney, John M. Cicilline, to file a notice of appeal on his behalf and never wrote Mr. Cicilline a letter with such instructions.

2. Castro agrees that, by August 1, 2008, he will move to dismiss the pending First Circuit appeal in this matter, Case No. 08-1185.

3. Castro agrees that, by August 1, 2008, he will move to dismiss the pending First Circuit appeal in the § 2255 matter, Case No. 06-2154.

4. Castro agrees that he will not challenge the present agreement or any aspect of these proceedings in any federal court.

If Mr. Castro's attorney signs this agreement on Mr. Castro's behalf, and Mr. Castro submits his signed affidavit, and Mr. Castro

adheres to all of the conditions stated in paragraphs 2-4, the government agrees that it will not bring any criminal charges, in any jurisdiction, against him for any offenses arising from the false statements described above and in the attached affidavit, including, but not limited to, charges under 18 U.S.C. § 1001 or any other statute relating to the obstruction of justice.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Donald C. Lockhart

DONALD C. LOCKHART
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Fl.
Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
donald.lockhart2@usdoj.gov

JOSE N. CASTRO,

By his attorney

/s/ Kevin Fitzgerald

KEVIN FITZGERALD
Assistant Federal Defender
Federal Public Defender Office
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281
(401) 528-4285 Fax
kevin_fitzgerald@fd.org

DEAR YOUR HONOR,

I would like to Apologize to the court for taking its time with this Matter. There is no excuss other than Due to the Length of my Sentence and the fact that I felt there were Issues in my Case I wish the Court could have Looked at that were not Addressed by My Attorney. I wanted to Appeal. it was my fault that I did not file a notice of Appeal in a timely Manner. I used Bad Judgement by fabricating Information Showing I had made a timely notice of appeal by misleading the Court that I had filed anotice of appeal, by telling the Court that I instructed My Attorney to file a notice of appeal to try to get my right to appeal back. I lied and I understand that this was wrong I am now Asking Court to withdraw my motion to appeal once Again I Apologize to the Court taking its time and Resources for my LAPSE in Judgement.

Respectfully,

[signature]
JOSE CASTRO
7-29-8

[signature]
Asst. Federal Defender