04-00061
USDC-PRRI
J. Smith

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 08-1185

UNITED STATES

Appellee

v.

JOSE N. CASTRO

Defendant - Appellant

**JUDGMENT**

Entered: August 7, 2008
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 8-7-08

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc:
Jose N. Castro
Mary E. Rogers
Donald C. Lockhart